EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

MARSHALL H. SILVERBERG #5111
Assistant U.S. Attorney

GABRIEL COLWELL
Special Assistant U.S. Attorney
PJKK Federal Bldg, Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 440-9247
Facsimile:  (808) 541-2958
Email:  gabriel.colwell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 16 2006

at ___ o'clock and ___ min. __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>          Plaintiff,                )<br>                                    )<br>     vs.                            )<br>                                    )<br> JAMES L. WATSON,                   )<br>                                    )<br>          Defendant.                )<br>_____) | Criminal No. CR 06-00282<br><br>INFORMATION<br>Citation No.: A2245684/H-10<br><br>H.R.S. §§ 291E-61(a)(1)&(3);<br>H.R.S. § 291E-62,<br>18 U.S.C. § 13<br>A & P Date: |

INFORMATION

COUNT 1
[H.R.S. §§ 291E-61(a)(1)&(3); 18 U.S.C. 13]

The United States Attorney charges that:

On or about April 16, 2006, on Schofield Barracks, Hawaii, a place within the special maritime and territorial jurisdiction of the United States, in the District of Hawaii, JAMES L. WATSON, defendant herein, did unlawfully operate or assume actual physical control of a vehicle while under the influence of alcohol in an amount sufficient to impair his normal

mental faculties or ability to care for himself and guard against casualty, and with .08 or more grams of alcohol per two hundred ten liters of breath.

All in violation of Hawaii Revised Statute 291E-61(a)(1) and (a)(3), a federal offense pursuant to Title 18, United States Code, Section 13.

## COUNT 2
[H.R.S. § 291E-62; 18 U.S.C. 13]

The United States Attorney further charges that:

On or about April 16, 2006, on Schofield Barracks, Hawaii, a place within the special maritime and territorial jurisdiction of the United States, in the District of Hawaii, JAMES L. WATSON, defendant herein, did unlawfully operate or assumed actual physical control of a vehicle while his license and privilege to operate a vehicle was administratively revoked for operating a vehicle while under the influence of an intoxicant.

All in violation of Hawaii Revised Statute 291E-62, a federal offense pursuant to Title 18 United States Code, Section 13.

DATED: _____MAY 1 6 2006_____, Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
GABRIEL COLWELL
Special Assistant U.S. Attorney

U.S. v. JAMES L. WATSON
CR. NO.
"INFORMATION"

2